**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DESHAWN DAWSON, on behalf of himself
and all others similarly situated,

                 Plaintiffs,

      -against-

WAHLSTEDT FINE ART, INC..,

              Defendant.

Case No.  1:19-cv-00829-GBD
**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITHOUT PREJUDICE**


      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without

costs, or disbursements, or attorneys' fees to any party.


Dated:    Brooklyn, New York
         June 19, 2019


                   Respectfully submitted,

                   By: /s/ *Joseph H. Mizrahi*
                   Cohen & Mizrahi LLP
                   *Attorneys for Plaintiff*